| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| MARGARET FORST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Margaret Forst, by counsel, and for her Complaint for Damages against Defendant Target Corporation, respectfully states as follows:

1. At all times relevant hereto, Defendant Target Corporation ("Target") owned, occupied, operated, controlled, managed, maintained and/or supervised the retail premises, property, building and common areas known as Target located at 1300 E. 86th Street, #35, Indianapolis, Marion County, Indiana.

2. On or about October 28, 2018, Plaintiff Margaret Forst was an invitee on the premises owned, occupied, operated, controlled, managed, maintained or supervised by Defendant Target.

3. At that time and place, Plaintiff Margaret Forst parked her vehicle in a handicapped spot, exited her vehicle and began walking toward the entrance of the store when an errant cart in the parking lot hit her body from behind, with enough force to knock her down.

4. Defendant Target, by and through its employees and/or agents, failed to maintain the store premises in a reasonably safe condition.

EXHIBIT "A"

5. The above-described incident was a direct and proximate result of the careless and negligent acts and omissions of Defendant Target, as an entity, and by and through its agents and/or employees.

6. Defendant Target, as an entity and by and through its agents and/or employees, was careless and negligent in a number of particulars, including, but not limited to:

    a. Failing to remove errant shopping carts from the parking lot;

    b. Failing to maintain its premises in a reasonably safe condition for invitees;

    c. Failing to adequately inspect its premises for hazardous conditions;

    d. Failing to post or otherwise give adequate warnings to its invitees about the hazardous condition; and

    e. Failing to remove or correct a hazardous condition on its premises.

7. As a direct and proximate result of the careless and negligent acts and omissions of Defendant Target and its agents and/or employees, Plaintiff Margaret Forst sustained permanent injuries to her person, including but not limited to an injury to her left lower extremity.  She has incurred doctor, hospital, and medical expenses, and she will continue to incur such expenses in the future as a result of her injuries.  She has incurred miscellaneous and incidental expenses as a result of her injuries, and will incur such expenses in the future as a result of her injuries.  She has endured pain, suffering, and mental anguish, and she will continue to endure pain, suffering, and mental anguish as a result of her injuries.  Her ability to function as a whole person has been impaired.

WHEREFORE, Plaintiff Margaret Forst prays for an award of damages against Defendant Target in an amount that will fully and fairly compensate her for the damages sustained, for costs of this action, for prejudgment interest, and for all other just and proper relief in the premises.

        Respectfully submitted,

        TABOR LAW FIRM, LLP


        By: */s/ Carol A. Townsend*
            Carol A. Townsend, No. 25840-49
            Attorney for Plaintiff

TABOR LAW FIRM, LLP
3610 River Crossing Parkway
Suite 250
Indianapolis, Indiana  46240
(317) 236-9000 Phone
(317) 581-1220 Fax
CTownsend@taborlawfirm.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| MARGARET FORST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE FORM

1. Name or names of initiating party or parties: **Margaret Forst**
2. Attorney Information:
   Carol A. Townsend, #25840-49
   TABOR LAW FIRM, LLP
   3610 River Crossing Parkway, Suite 250
   Indianapolis, Indiana  46240
   Telephone: (317) 236-9000    Fax: (317) 581-1220
   Email: ctownsend@taborlawfirm.com
3. Case Type: CT
4. The contact information listed on the Indiana Supreme Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is filed;
5. I Acknowledgment that orders, opinions, and notices, and all documents served under Trial Rule 86(G) will be sent to the attorney at the email address(es) on the Roll of Attorneys regardless of other contact information supplied by the attorney; and
6. I Acknowledgment that each attorney listed on the appearance is solely responsible for keeping his/her Roll of Attorneys contact information accurate per Ind. Admis. Disc. R. 2(A).
7. Are there related cases? No.
8. Additional information required by state or local rule?  None.

                                          Respectfully submitted,

                                          */s/ Carol A. Townsend*
                                          Carol A. Townsend, #25840-49
                                          *Attorney for Plaintiff*

| STATE OF INDIANA | ) | IN THE MARION COUNTY COURT |
| --- | --- | --- |
|  | )SS: |  |
| COUNTY OF MARION | ) | CAUSE NO.: |

MARGARET FORST,  )
                               )
    Plaintiff,                  )
                               )
    v.                           )
                               )
TARGET CORPORATION,      )
                               )
    Defendant.            )

## SUMMONS

| TO DEFENDANT: | (Name) | Target Corporation |
| --- | --- | --- |
|  | (Address) | c/o CT Corporation System |
|  |  | 334 North Senate Avenue |
|  |  | Indianapolis, Indiana 46204 |

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiffs.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service at (317) 269-2222.

Dated  10/22/2020                            _____Myla A. Eldridge_____(Seal)
                                                          Clerk, Marion County Court

**(The following manner of service of summons is hereby designated.)**

__XX__  Registered or certified mail.

_____  Service at place of employment, to-wit:_____

_____  Service on individual --- (Personal or copy) at above address.

_____  Service on agent. (Specify)

_____  Other service. (Specify) _____

Carol A. Townsend, #25840-49
TABOR LAW FIRM, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240
317-236-9000
Attorney for Plaintiff

## CERTIFICATE OF MAILING

   I hereby certify that on the _____ day of October, 2020, I mailed a copy of this Summons and a copy of the complaint to the defendant, Target Corporation. c/o Registered Agent: CT Corporation System, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:

                    By: _____
                       Carol A. Townsend, #25840-49
                       TABOR LAW FIRM, LLP
                       3610 River Crossing Pkwy., Suite 250
                       Indianapolis, IN 46240
                       317-236-9000
                       Attorney for Plaintiff

## RETURN ON SERVICE OF SUMMONS BY MAIL

   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 2020.

   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2020.

   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2020.

                       Clerk, Marion County Court

                       By:_____
                        Deputy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Target Corporation
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, Indiana 46204

9590 9402 3949 8060 1278 65

2. Article Number *(Transfer from service label)*

7018 1830 0001 4012 5357

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CIRCLE CITY STATION
OCT 26 20[illegible]
INDIANAPOLIS IN 46204

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [illegible]ail
☐ [illegible]ail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 3949 8060 1278 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204

Cause # 49D04-2010-CT-037424

IN THE MARION COUNTY SUPERIOR COURT 4

STATE OF INDIANA

| | |
|---|---|
| MARGARET FORST, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO.: 49D04-2010-CT-037424 |
| TARGET CORPORATION, | ) ) ) |
| Defendant. | ) |

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is:

    Initiating:____    Responding: _XX_    Intervening: ____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party  Target Corporation

Address of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

_____

Telephone # of party_____
 *(List on continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2):

    Name: Jeffrey S. Zipes          Attorney Number: 15303-29
    Address: Coots, Henke & Wheeler, P.C.   Telephone: 317 844-4693
             255 East Carmel Drive          FAX: 317 573-5385
             Carmel, Indiana 46032-2689     Computer Address: jzipes@chwlaw.com
    *(List on continuation page additional attorneys appearing for above party)*

IMPORTANT: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Notice of Appeal;

    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

    (c) **understands that he is solely responsible for keeping his Roll of Attorneys contact information accurate, see Ind. Admis. Disc. R. 2(A).**

Attorneys can review and update their Roll of Attorneys contact information on the Clerk of Courts Portal at http://portal.courts.in.gov.

3.    This is a ___CT___ case type as defined in administrative rule 8(B)(3):

4.    This case involves child support issues. Yes:___ No:_X_ *(If yes, supply social security numbers for all family members on separately attached document filed as confidential information on* **light green paper***. Use Form TCM-TR3.1-4.)*

5.    This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes: ___ No___XX___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

        _____ Attorney's address
        _____ The Attorney General Confidentiality program address
            (Contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us).**
        _____ Another address (provide)

This case involves a petition for involuntary commitment. Yes: _____ No: _X_

6.    If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

        a.    Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
            _____

        b.    State of Residence of person subject to petition: _____

        c.    At least one of the following pieces of identifying information:
            (i)    Date of Birth _____
            (ii)    Driver's License Number _____
                  State where issued _____ Expiration date _____
            (iii)    State ID number _____
                  State where issued _____ Expiration date _____
            (iv)    FBI number _____
            (v)    Indiana Department of Corrections Number _____
            (vi)    Social Security Number is available and is being provided in an attached confidential document. Yes _____ No _____

7.    There are related cases. Yes:___ No:_X_ *(If yes, list on continuation page)*

8 .   Additional information required by local rule: _____

9.   There are other party members represented by undersigned counsel:  Yes:___   No:__X__   (*If yes, list on continuation page*)

10.   This form has been served on all other parties. Certificate Of Service is attached: Yes:X No:

<div style="text-align:center">_/s/ Jeffrey S. Zipes_____
Jeffrey S. Zipes 15303-29
Target Corporation, Defendant</div>

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on **November 16, 2020**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS").  I certify that the foregoing person was electronically served a copy of the foregoing document:

Carol A. Townsend
Tabor Law Firm, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240

<div style="text-align:center">_/s/ Jeffrey S. Zipes_____
Jeffrey S. Zipes</div>

Jeffrey S. Zipes          15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
jzipes@chwlaw.com

IN THE MARION COUNTY SUPERIOR COURT 4

STATE OF INDIANA

| | |
|---|---|
| MARGARET FORST, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO.: 49D04-2010-CT-037424 |
| TARGET CORPORATION, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendant, Target Corporation, by counsel, respectfully moves the Court for an extension of time within which to answer Plaintiff's Complaint. In support of said Motion, Defendant states as follows:

1. This matter was initially filed by Plaintiff on or about October 22, 2020. Service was perfected upon Defendant on or about October 26, 2020. Defendant's responsive pleading is due on or about November 18, 2020.

2. Undersigned counsel has just been retained in this matter to represent the Defendant's interests.

3. Undersigned counsel requires an additional thirty (30) days to investigate the facts and circumstances surrounding this incident in order to prepare an adequate answer and responsive pleading.

WHEREFORE, the Defendant, Target Corporation, requests a thirty (30) day extension of time, through and including, December 18, 2020, within which to file their responsive pleading to the Plaintiff's Complaint, and for all other relief just and proper in the premises.

        Respectfully Submitted,

        COOTS, HENKE & WHEELER, P.C.


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes      #15303-29
        Attorney for Target Corporation,
        Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **November 16, 2020**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS"). I certify that the foregoing person was electronically served a copy of the foregoing document:

Carol A. Townsend
Tabor Law Firm, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes


Jeffrey S. Zipes, #15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
(317)  573-5385 (fax)
jzipes@chwlaw.com

2

FILED
November 16, 2020
CLERK OF THE COURT
MARION COUNTY
CF

IN THE MARION COUNTY SUPERIOR COURT 4

STATE OF INDIANA

| | | |
|---|---|---|
| MARGARET FORST, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CAUSE NO.: 49D04-2010-CT-037424 |
| TARGET CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING EXTENSION OF TIME**

Defendant, Target Corporation, by counsel, having filed its Motion for Extension of Time to Answer Plaintiff's Complaint. And the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, Target Corporation, is hereby granted a thirty (30) day extension of time, to and including December 18, 2020, to respond to Plaintiff's Complaint.

DATED: __November 16, 2020__  _____
  JUDGE, MARION SUPERIOR COURT 4

Copies to:

Jeffrey S. Zipes
Coots, Henke & Wheeler, P.C.
255 E. Carmel Drive
Carmel, IN 46032

Carol A. Townsend
Tabor Law Firm, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240